**James P. VOURAS, Sr., Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 23592.**

United States Court of Appeals Fifth Circuit.

May 3, 1968.

Charles Tessmer, Frank S. Wright, Dallas, Tex., for appellant.

B. H. Timmins, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

Before GEWIN, COLEMAN and GOLDBERG, Circuit Judges.

PER CURIAM:

This appeal was submitted to this Court on February 24, 1967. We withheld decision pending the guidance of the Supreme Court in Marchetti v. United States, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed. 2d 889 (1968), and Grosso v. United States, 390 U.S. 62, 88 S.Ct. 709, 19 L. Ed.2d 906 (1968).

In the light of these decisions, without the necessity for further discussion, it is clear that the conviction here appealed from must be reversed.

Reversed.

**TRIANGLE CEMENT CORP., as bareboat charterer, and Hughes Bulk, Inc., as owner of the BARGE N. L. WALLACE, Plaintiffs-Appellants,**

v.

**The TOWBOATS CINCINNATI and TURECAMO BOYS, their engines, boilers, tackle, apparel, etc.,**

and

**The Pennsylvania Railroad Company, D T B Corp., Vincent C. Turecamo, Inc., B. Turecamo Towing Corp., and Turecamo Coastal & Harbor Towing Corp., Defendants-Appellees.**

**No. 436, Docket 32038.**

United States Court of Appeals Second Circuit.

Argued April 23, 1968.

Decided May 3, 1968.

William Warner, New York City (Symmers, Fish & Warner, New York City, on the brief), for appellants.

Kenneth H. Volk, New York City (Burlingham, Underwood, Wright, White & Lord, New York City, on the brief), for appellees Pennsylvania Railroad and D T B Corp.

Edward J. Ryan, New York City (Martin, Ryan & Reardon and James S. Reardon, New York City, on the brief), for appellees Vincent C. Turecamo, Inc., B. Turecamo Towing Corp., and Turecamo Coastal & Harbor Towing Corp.

Before HAYS, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the findings, conclusions and opinions of Judge Bonsal in the District Court, reported at 280 F.Supp. 73 (S.D.N.Y.1967).